UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

       v.                         Criminal No. 10-cr-37-02-JL

Rebecca Paulhus

O R D E R

    The assented to motion to reschedule jury trial (document no. 16 ) filed by defendant is granted; Final Pretrial is rescheduled to July 22, 2010 at 3:00pm; Trial is continued to the two-week period beginning August 3, 2010, 09:30am.

    Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

    SO ORDERED.

                                                 /s/ Joe Laplante
                                                 Joseph N. Laplante
                                                 United States District Judge

Date:  May 17, 2010

cc:   Jonathan R. Saxe, AFD
      Donald A. Feith, AUSA
      U.S. Marshal
      U.S. Probation