UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

       v.                     Criminal No. 10-cr-37-02-JL

Rebecca Paulhus

O R D E R

The assented to motion to reschedule jury trial (document no. 21 ) filed by defendant is granted as there is no objection. Continuance limited to 60 days; no further continuance without a hearing. Final Pretrial is rescheduled to September 22, 2010 at 09:00am; Trial is continued to the two-week period beginning October 5, 2010, 09:30.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

_____
Joseph N. Laplante
United States District Judge

Date:   July 20, 2010

cc:    Jonathan R. Saxe, AFD
       Michael J. Sheehan, Esq.
       Donald A. Feith, AUSA
       U.S. Marshal
       U.S. Probation