UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                     Criminal No. 10-cr-37-1/2-JL

<u>Adam Pento</u>
<u>Rebecca Paulhus</u>

<u>O R D E R</u>

    The assented to motion to reschedule jury trial (document no. 24 ) filed by the government is granted; Final Pretrial is rescheduled to October 21, 2010 at 3:00pm; Trial is continued to the two-week period beginning November 2, 2010, 09:30.

    Defendants shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

    SO ORDERED.

                                                     _____
                                                   Joseph N. Laplante
                                                   United States District Judge

Date:  September 28, 2010

cc:   Michael J. Sheehan, Esq.
      Jonathan R. Saxe, Esq.
      U.S. Marshal
      U.S. Probation